**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                                415.522.2000

## January 12, 2004

**CASE NUMBER:  CV 03-05878 EDL**
**CASE TITLE:  HERBALIFE INTERNATIONAL-v-UNITHER PHARMA INC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable** Charles R. Breyer  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials CRB immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/12/04

                                                    FOR THE EXECUTIVE COMMITTEE:

                                                    _____
                                                                                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                                     Entered in Computer 1/12/04as

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                              Transferor CSA