United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Herbalife International, Inc., | NO. C 03-05878 JW |
| Plaintiff(s), | **ORDER DENYING AS MOOT MOTION TO STRIKE EXHIBITS 8-10, 12, 24, 25, AND 29 TO CORUZZI DECLARATION, EXHIBITS B-D & I-M TO GROSS DECLARATION AND REFERENCES THERETO** |
| v. | |
| Unither Pharma, Inc. et al., | |
| Defendant(s). | |

New York Medical College, The Board of Trustees of the Leland Stanford Junior University, and Unither Pharma, Inc.'s Motion to Strike Exhibits 8-10, 12, 24, 25, and 29 to Coruzzi Declaration, Exhibits B-D & I-M to Gross Declaration and References Thereto is DENIED as MOOT. The Court issued its ruling on the claim construction issues on November 30, 2005, which included citations to those portions of the record relied upon therein.

Dated: March 21, 2006

03cv5878jw

/s/James Ware
JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Daniel J. Bergeson dbergeson@be-law.com

3  Dina Grinshpun grinshpun@fr.com

4  Hway-Ling Hsu hhsu@be-law.com

5  James W. Dabney dabnejam@ffhsj.com

6  Juanita R. Brooks brooks@fr.com

7  Karen I. Boyd boyd@fr.com

8  Karen I. Boyd boyd@fr.com

9  Limin Zheng zheng@fr.com

10 Richard H. An rhan@jonesday.com

11 Stephen S. Rabinowitz rabinst@ffhsj.com

12

13 **Dated:   March 21, 2006**                              **Richard W. Wieking, Clerk**

14
                                                            **By:     /s/JW chambers**
15                                                                **Melissa Peralta**
                                                                  **Courtroom Deputy**
16

17

18

19

20

21

22

23

24

25

26

27

28